NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER.

Oscar Garcia
16641 Pinnacle Peak Ct.
Riverside, CA 92503

FILED
CLERK, U.S. DISTRICT COURT

DEC 2 4 2020

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

ATTORNEY(S) FOR:

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Redwood Holdings, LLC<br><br>Plaintiff(s),<br>v.<br><br>Kmog, LLC, Flor Perez, Oscar Garcia.<br><br>Defendant(s) | CASE NUMBER:<br>5:20cv2657-~~JWH~~ CAS - SHKx<br><br>CERTIFICATION AND NOTICE<br>OF INTERESTED PARTIES<br>(Local Rule 7.1-1) |

TO:   THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for _____ Oscar Garcia _____
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| Redwood Holdings, | PLANTIFF |
| Flor Perez, | DEFENDANT |
| Oscar Garcia | DEFENDANT |

12/22/2020
Date

Signature

Attorney of record for (or name of party appearing in pro per):

Oscar Garcia

CV-30 (05/13)                NOTICE OF INTERESTED PARTIES